JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MOHAMMAD SEDIQ ISHAQZAI,

               Petitioner,

    v.

KEVIN McALEENAN, et al.,

               Respondents.

Case No. 5:19-cv-01627-PA-AFM

**JUDGMENT**

     Pursuant to the Order Dismissing Petition as Moot,

     IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: February 29, 2020

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE